# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE ACUNA RODRIGUEZ and ALFONSO FLORES, in each case individually and as successor in interest to A.F., a minor deceased; and D.R.F., S.F.,C.F., and S.R., in each case a minor, individually by and through their guardian ad litem Dulce Acuna Rodriguez,<br><br>      Plaintiffs,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF JIM McDONNELL; KERRY CARTER; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: CV19-00394 JAK (MAAx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 42)**<br><br>**JS-6** |

Based upon a review of the stipulation to dismiss the entire action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) (the "Stipulation"), the Court finds good cause has been shown to **GRANT** the Stipulation. Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 15, 2019

                                                JOHN A. KRONSTADT
                                                UNITED STATES DISTRICT JUDGE